# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND WILSON,<br><br>      Plaintiff,<br><br>v.<br><br>CORRECT CARE SOLUTION, et al.,.<br><br>      Defendants. | Civil Action No.: 12-1543 (PGS)<br><br><br>ORDER |

   A Report and Recommendation was filed on September 20, 2017 recommending that this Court deny decedent Plaintiff's beneficiary, Lisa Stewart's request to be substituted in as *pro se* plaintiff in this case, and that the Court dismiss this case with prejudice.

   The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). On October 4, 2017 Ms. Stewart filed a letter of opposition with the Court. There is nothing in the letter which warrants any change in the Report and Recommendation. See *Estate of Casimir*, 2009 U.S. Dist. LEXIS 78113, at *3. Therefore, for good cause appearing;

   It is, on this 18th day of October, 2017;

   ORDERED that the Report and Recommendation of Magistrate Judge Tonianne J. Bongiovanni at docket entry 91 is hereby adopted as the opinion of the Court; and it is further

ORDERED that Plaintiff's beneficiary, Lisa Stewart's request to substituted in as *pro se* plaintiff in this case is denied; and it is further

ORDERED that this case is dismissed with prejudice.

*s/Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.
